Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
Gracen Moreno - SBN 24116248
David M. Akere - SBN 24126294
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law
gmoreno@cwl.law
dakere@cwl.law

***Counsel for Defendant***
***Blackstone Investments I, Ltd.***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **WITH PURPOSE, INC.,** | § | |
| | § | **Case No. 23-30246-mvl-7** |
| **Debtor.** | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03014-mvl** |
| | § | |
| **BLACKSTONE INVESTMENTS I,** | § | |
| **LTD.,** | § | |
| **Defendant** | § | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND REQUEST FOR REMOVAL OF HEARING**

COME NOW Defendant Blackstone Investments I, Ltd. ("Defendant") and provides notice to the Court and the parties that Defendant is withdrawing its *Motion to Partially Dismiss*

*First Amended Complaint* [Dkt. 25] (the "Motion") and, as a result, request the Court remove the hearing on the Motion currently set for **Monday, March 30, 2026 at 9:30 a.m.**

Dated: March 27, 2026

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Trey Crawford*
**Trey Crawford**
State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang
State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
State Bar No. 24126294
dakere@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

***Counsel for Defendant***
***Blackstone Investments I, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically served a copy of the foregoing document to all filers of record pursuant to the Rules.

*/s/ Trey Crawford*
Trey Crawford